# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

___

### JUDGMENT IN A CIVIL CASE

ROBERT LEE PATTISON,

    Plaintiff,

    V.                                      Case No. 19-3222-CV-S-SRB-P

CORIZON, LLC, et al.,

    Defendants.

☐   **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

■   **DECISION OF THE COURT**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**: ORDERED that Defendants' motion for summary judgment (Doc. 36) is granted, and this case is dismissed. Dismissal is without prejudice to any action that Plaintiff may pursue in state court under state law. Finally, Plaintiff is cautioned that an appeal in this case will obligate him to pay appellate fees of $505.00.

Entered on:   April 24, 2020.

                                                            PAIGE WYMORE-WYNN
                                                            CLERK OF COURT

                                                            /s/ C. Davies
                                                           (By) Deputy Clerk